July 03, 2009

Mr. Charles W. Schwartz
Skadden Arps Slate Meagher & Flom LLP
1000 Louisiana, Suite 6800
Houston, TX 77002

Honorable Joseph P. Kelly
24th District Court Judge
P. O. Box 1457
Victoria, TX 77902-1457
Mr. Craig T. Enoch
Winstead PC
401 Congress Avenue, Suite 2100
Austin, TX 78701

RE: Case Number: 08-0800
 Court of Appeals Number: 13-07-00299-CV&13-07-00362-CV
 Trial Court Number: 07-3-65,478-D

Style: IN RE HOUSTON PIPE LINE COMPANY, L.P., ET AL.

Dear Counsel:

 Today the Supreme Court of Texas issued opinion the above-referenced
cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367. The
stay order issued October 17, 2008 is lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Ms. Cathy Stuart |
| |Ms. Dorian E. |
| |Ramirez |
| |Mr. John Kiley |
| |Edwards |